TODO A. NOAH (SBN 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com

THOMAS P. O'CONNELL (*Pro Hac Vice* Pending)
O'CONNELL LAW OFFICE
1026A Massachusetts Avenue
Arlington, MA 02476
Tel: (781) 643-1845
Fax: (781)643-1846
E-mail:  tpo@oconnellusa.com

Attorneys for Plaintiffs
LEARNING TO LEARN, INC. and MARCIA HEIMAN

MARK E. DAVIS (SBN 79936)
ERIC J. BENGTSON (SBN 254167)
DAVIS & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
Tel: (408) 244-2166
Fax: (408) 244-7815
E-mail:  mdavis@davisyounglaw.com
E-mail:  ebengtson@davisyounglaw.com

Attorneys for Defendants
CABRILLIO COMMUNITY COLLEGE DISTRICT FINANCING CORPORATION
and DIEGO NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEARNING TO LEARN, INC. and MARCIA HEIMAN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CABRILLO COLLEGE COMMUNITY DISTRICT FINANCING CORPORATION  and DIEGO JAMES NAVARRO,<br><br>　　　　Defendants. | Case No.  CV 12 0255 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

WHEREAS, according to the Local Rules, the Court has set an original hearing for the Case Management Conference ("CMC") on May 3, 2012;

WHEREAS, Defendants timely answered the Complaint on April 18, 2012;

WHEREAS the Parties believe that the CMC and associated deadlines should be postponed to provide the Parties with an opportunity to evaluate the issues raised by the pleadings, to meet and confer concerning the preparation of the Rule 26(f) Report and the Case Management Conference;

IT IS STIPULATED between the parties pursuant Civil L.R. 7-12 that the CMC and ADR deadlines be extended from their original noticed dates:

| Event | Original Date | New Date |
|---|---|---|
| CMC Hearing | May 3, 2012 | June 14, 2012 |
| ADR Deadlines | April 12, 2012 | May 17, 2012 |
| Rule 26(f) Report; Initial Disclosures and file Joint Case Management Statement. | April 26, 2012 | June 7, 2012 |

IT IS SO STIPULATED.

Dated: April 24, 2012

DERGOSITS & NOAH LLP

By: /s/ Todd A. Noah
   Todd A. Noah
   Attorneys for Plaintiffs
   LEARNING TO LEARN, INC. and
   MARCIA HEIMAN

DAVIS & YOUNG, APLC

By: /s/ Mark E. Davis
   Mark E. Davis
   Attorneys for Defendants
   CABRILLIO COMMUNITY COLLEGE
   DISTRICT FINANCING CORPORATION
   and DIEGO NAVARRO

1  I attest pursuant to the General Order 45.X.B. that concurrence in the electronic filing of this
2  document has been obtained from Defendants' counsel.

3
4  Dated: April 24, 2012                                   /s/ Todd A. Noah

...

9       PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11 Dated:  April 24, 2012                       _____
12                                               Honorable Maria-Elena James
                                                 U.S. Chief Magistrate Judge

-3-